# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00124-CV

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General of the State of Texas, Appellants**

**v.**

**Fair Isaac Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-11-003553, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed: August 8, 2014